

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-10-043-CV

JIM SHAW, DEFENDANT-SURETY                                    APPELLANT

V.

THE STATE OF TEXAS                                              APPELLEE

------------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

------------

### MEMORANDUM OPINION[1]

------------

Through a letter that we sent to appellant Jim Shaw on February 10, 2010, we have given him an opportunity to explain why his notice of appeal was untimely filed[2] and why this appeal should not be dismissed for want of

---

[1] *See* Tex. R. App. P. 47.4.

[2] The trial court signed its final judgment on October 16, 2009. Although appellant timely filed a motion for new trial on November 13, 2009, he did not file his notice of appeal in the trial court until February 3, 2010, and it was therefore untimely. *See* Tex. R. Civ. P. 329b(a); Tex. R. App. P. 26.1(a)(1).

jurisdiction.  He has not done so.  Accordingly, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 25.1(b), 26.1(a)(1), 42.3(a), 43.2(f); *Crites v. Collins*, 284 S.W.3d 839, 840 (Tex. 2009) (indicating that the timely filing of a notice of appeal is jurisdictional); *Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 564 (Tex. 2005) (same).

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  March 18, 2010